UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

FILED
OCT 3 0 2014

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| FIRST BANK & TRUST d/b/a FIRSTLINE FUNDING GROUP, | * | CIV. 13-4017 |
|---|---|---|
| Plaintiff, | * | |
| vs. | * | JUDGMENT |
| GREENE ENTERPRISE, LLC, and JAMES GREENE, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

In accordance with the Memorandum Opinion and Order Granting Motion for Default Judgment entered on this date by the Clerk of Court,

IT IS ORDERED, AJUDGED and DECREED that judgment is entered in favor of Plaintiff on the breach of contract claim alleged in the First Cause of Action, on the action on the personal guaranty signed by James Greene as alleged in the Fifth Cause of Action, and the conversion claim asserted in the Sixth Cause of Action of Bank's complaint. Plaintiff is awarded $572,808.97 in damages for these claims.

Dated this 29th day of October, 2014.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _____
(SEAL)   DEPUTY