# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 15-1128
_____

First Bank & Trust, doing business as Firstline Funding Group

Plaintiff - Appellee

v.

Greene Enterprise, LLC

Defendant

James Greene

Defendant - Appellant

_____

Appeal from U.S. District Court for the District of South Dakota - Sioux Falls
(4:13-cv-04017-LLP)
_____

**JUDGMENT**

Before LOKEN, COLLOTON and BENTON, Circuit Judges.

The motion of appellee for dismissal of this appeal is granted. The appeal is hereby dismissed. The court's mandate will issue in due course.

February 20, 2015

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans